# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HYUNGYOUNG HONG<br>106-706 (Daechidong)<br>Hanbo Mido Manison #150<br>Samsung-ro Gangnam-gu<br>Seoul, South Korea<br><br>**Plaintiff,**<br><br>        vs.<br><br>KEVIN MCALEENAN, Acting Secretary of Homeland Security<br>Washington, DC  20528<br><br>L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>SARAH M KENDALL, Chief, USCIS Immigrant Investor Program Office<br> Washington DC 20529<br><br>        **Defendants.** | Case No.:<br><br>COMPLAINT |

# COMPLAINT

## DESCRIPTION OF ACTION

1. This complaint is brought by HyunYong Hong against the Defendants to compel a decision on (I-526) application, which has been pending with the defendants for over 31 months.

## JURISDICTION

2. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff, is a citizen and national of South Korea who is currently located at District of Columbia. Her "alien number" is None.

4. The defendant, KEVIN MCALEENAN, is the Acting Secretary of Homeland Security, and as such has the authority to adjudicate I-526 applications. He resides for official purposes in the District of Columbia.

5. The defendant, L. FRANCIS CISSNA, is the Director of the United States Citizenship and Immigration Services (USCIS), the agency within the

Department of Homeland Security which adjudicates I-526 applications. He resides for official purposes in the District of Columbia.

6. The defendant, OFFICER, is the Director of the USCIS's Office where Hyun Yong Hong's application is currently pending and has immediate responsibility for its adjudication. She resides for official purposes in the District of Columbia.

## **BRIEF STATEMENT OF RELEVANT FACTS**

7. On September 29, 2016, I-526 application was filed upon HyungYoung Hong's behalf with the United States Citizenship and Immigration Services, and was assigned File Number WAC169064977.

8. Legal Cousel has made inquiries about Ms. Hyun Young's behalf on four (4) separate occasions inquiring as to the status of her case and each time was met with a bland and uninformative response, when he received a response at all. Processing time; 22 months to 28.5 months.

9. As of today, I-526 application remains under the jurisdiction of SARAH M. KENDALL and unadjudicated.

## **COUNT I**

10. Defendant KEVIN MCALEENAN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant SARAH M. KENDALL Chief, Director of the United States Citizenship and Immigration Services' Immigrant Investor Program Office, are each and all officers or employees of the United States and the Department of Homeland Security.

11. Defendant KEVIN MCALEENAN, Acting Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant SARAH M. KENDALL, Chief, Director of the United States Citizenship and Immigration Services' Immigrant Investor Program Office, each and all owe a duty to the Plaintiff Hyun Young Hong to adjudicate her I-526 application within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

12. According to the USCIS's own website, current processing times for Forms I-485 at the OFFICE is 22 months to 28 months.

15. Further, 18 U.S.C. § 1571(b) provides that

: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, except that a petition for a nonimmigrant visa under section 214(c) of the Immigration and Nationality Act [8 USCS § 1184(c)] should be processed not later than 30 days after the filing of the petition."

13. Accordingly, the over 31 months in which this application has been pending with Defendant KEVIN MCALEENAN, Acting Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant SARAH F. KENDALL, Chief Director of the United States Citizenship and Immigration Services' Immigrant Investor Program Office, is well beyond that which these officers or employees reasonably require to adjudicate it.

14 This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiffs.

15. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## **REQUESTED**

WHEREFORE it is respectfully requested that the Court compel Defendants KEVIN MCALEENAN, Acting Secretary of Homeland Security, L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and SARAH M KENDALL, Chief Director of the United States Citizenship and Immigration Services' Office, to adjudicate HyunYong Hong's I-526 application forthwith, and to take such other action as it deems appropriate.

Respectfully submitted,

Dated: 05/29/2019

          Michael E. Piston MI0002
          Attorney for the Plaintiff
          225 Broadway, Suite 307
          New York, NY, 10007
          Ph: 646-845-9895
          Fax: 206-770-6350
          Email: michaelpiston4@gmail.com